*Messrs. Eugene C. Campbell* and *James E. Fenton* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. John S. Pratt* for the United States.

No. 593. FORD HYDRO-ELECTRIC COMPANY *v.* JANET NEELEY ET AL. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William Ryan* for petitioner. *Mr. William P. Belden* for respondents.

No. 594. GEORGE S. KUNIHIRO *v.* M. O. COGGINS COMPANY, CLIFFORD A. COGGINS, C. SWIFT BOLLENS, ET AL. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George E. Waldo* for petitioner. *Mr. W. I. Gilbert* for respondents.

No. 595. GEORGE S. KUNIHIRO *v.* LYON BROTHERS COMPANY, ARTHUR MILLER, M. O. COGGINS COMPANY ET AL. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George E. Waldo* for petitioner. *Mr. W. I. Gilbert* for respondents.

No. 597. SIOUX CITY BRIDGE COMPANY *v.* WALTER E. MILLER, COUNTY TREASURER, ET AL. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Wymer Dressler* and *Richard L. Kennedy* for petitioner. *Mr. John J. McCarthy* for respondents.

No. 598. CELLULOID COMPANY *v.* COMMONWEALTH OF MASSACHUSETTS. November 1, 1926. Petition for a writ of certiorari to the Supreme Judicial Court of the State